1  BENJAMIN B. WAGNER
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738

**FILED**

MAR 3 1 2011


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

5

6  **SEALED**

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF:  )   S.W. NO.
                                    )
12 2400 22nd Street, Suite 200      )   11sw 125 8644
   Sacramento, CA                   )
13                                  )   ORDER RE: REQUEST TO SEAL
                                    )   DOCUMENTS
14                                  )
                                    )
15                                  )
                                    )
16                                  )
                                    )
17 _____ )

18
        Upon application of the United States of America and good cause
19
   having been shown,
20
        IT IS HEREBY ORDERED that the search warrant and search warrant
21
   affidavit underlying the search warrant in the above-captioned
22
   proceeding shall be filed under seal and shall not be disclosed to
23
   any person unless otherwise ordered by this Court, with the exception
24
   that a copy of the search warrant will be left at the scene of the
25
   search.
26
   Date: March 31, 2011
27                                  GREGORY G. HOLLOWS
                                    GREGORY G. HOLLOWS
28                                  United States Magistrate Judge

                                    1